**IN THE SUPREME COURT OF PENNSYLVANIA**

| | |
|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : No. 2316 Disciplinary Docket No. 3 |
| Petitioner | : No. 108 DB 2016 |
| v. | : Attorney Registration No. 208273 |
| MICHAEL JOSEPH VISCUSO, | : (Delaware County) |
| Respondent | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of April, 2017, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Michael Joseph Viscuso is suspended on consent from the Bar of this Commonwealth for a period of one year and one day, retroactive to November 9, 2016. He shall comply with all the provisions of Pa.R.D.E. 217.